**No. 40808.**—Protest 968220–G of David A. Clarkson Co., Inc. (New York).

Opinion by KEEFE, J. It was established that the discharging inspector reported two cases short landed. The protest was therefore sustained.

BEFORE THE SECOND DIVISION, MARCH 13, 1939

**No. 40809.**—Protests 656172–G, etc., of Rolland Fréres, Inc. (New York).

Opinion by TILSON, J. It was found that the merchandise consists of knit outerwear and other articles. On the authority of Abstract 36548 certain items were held dutiable as in chief value of wool under paragraph 1114 at 50 cents per pound and 50 percent ad valorem, and knit outerwear in chief value of rayon was held dutiable at 45 cents per pound and 65 percent ad valorem under paragraph 1309 as claimed.

**No. 40810.**—Protest 300330–G of S. Stern Stiner Co. (New York).

Opinion by TILSON, J. The record showed that certain items consist of articles in chief value of cellulose filaments similar to those involved in Abstract 37230. The claim at 60 percent under paragraph 31 was therefore sustained.